**Appeal Dismissed and Memorandum Opinion filed February 8, 2022.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-21-00494-CV

---

### DANIEL OSAZUWA AKHIONBARE, Appellant

### V.

### HOCHHEIM PRAIRIE INSURANCE AS SUBROGEE OF BUDDY BELL, Appellee

---

**On Appeal from the County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1159610**

---

## MEMORANDUM OPINION

This appeal is from a judgment signed August 3, 2021. The clerk's record was filed September 7, 2021. The court reporter indicated there was no reporter's record for this case on September 13, 2021. No brief was filed.

On January 6, 2022, after appellant proceeding pro se had already been granted an extension from October 13, 2021 to December 20, 2021 to file his brief, this court issued an order stating that unless appellant filed a brief on or before

January 20, 2022, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).  One day before the deadline, on January 19, 2022, appellant attempted to file a brief that was not in compliance with the Texas Rules of Appellate Procedure, as it lacked his signature.  *See* Tex. R. App. P. 9.1(b), (c).  Appellant was instructed to correct that issue and re-submit the brief electronically within one business day.  However, as of the date of this opinion, appellant has not done so.

As appellant has failed to timely file a compliant brief, we dismiss the appeal for want of prosecution.


PER CURIAM

Panel consists of Justices Jewell, Zimmerer, and Hassan.